**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| SERVICIOS MISIONES S.A. de C.V., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-17-3347 |
| | § | |
| B R CRANE & EQUIPMENT, LLC, | § | |
| AND RAHIM RAJWANI, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING ENTRY OF DEFAULT AND DEFAULT JUDGMENT**

The plaintiff, Servicios Misiones S.A. de C.V., moved for entry of a default judgment against B R Crane & Equipment, LLC and Rahim Rajwani under Rule 55(b)(2) of the Federal Rules of Civil Procedure. (Docket Entry No. 13). The record shows proper service on the defendants, B R Crane & Equipment, LLC and Rahim Rajwani, and their failure to appear. B R Crane & Equipment, LLC and Rahim Rajwani are not minors, incompetent persons, or current members of the military service. Servicios Misiones S.A. de C.V. has established that B R Crane & Equipment, LLC and Rahim Rajwani are liable to Servicios Misiones S.A. de C.V. for liquidated damages in the amount of $325,000.00, together with prejudgment interest at the rate of 5%, in the amount of $7,167.72, based on a per diem rate of $44.52. Servicios Misiones S.A. de C.V. has also shown that it reasonably incurred attorney's fees of $6,000.00 and court costs of $778.26 (including costs of filing suit and service of process). Postjudgment interest is due at the rate of 2.10%, from the date of entry until paid.

**IT IS ORDERED** that:

1. Default and default judgment are entered against the defendants, in the amount of $325,000.00, together with prejudgment interest of $7,167.72 at the rate of 5%, a per diem rate of $44.52, reasonable attorney's fees of $6,000.00, and costs of court of $778.26.

2. The judgment bears interest at the postjudgment rate of 2.10%, from the date of entry until paid.

SIGNED on April 18, 2018, at Houston, Texas.

                                        Lee H. Rosenthal
                                 Chief United States District Judge